**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6170**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DAVID HILL,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:01-cr-00191-CMH-1)

_____

Submitted:  June 25, 2024                       Decided:  June 28, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Hill, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill appeals the district court's order denying, pursuant to a prior prefiling injunction, Hill's request for leave to file a motion for discovery, to submit supplemental citations, and for an expedited ruling on previously filed postjudgment motions. We have reviewed the record and find no reversible error in the court's ruling. Accordingly, we affirm the district court's order. *United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. Jan. 29, 2024). We grant Hill's motion for leave to file an oversized informal brief, but deny Hill's motion for remand to the district court with instructions to vacate the prefiling injunction and adjudicate the postjudgment motions Hill filed prior to imposition of the prefiling injunction.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* As to the latter issue, we note that another panel of this court recently issued an unpublished opinion denying Hill's request for mandamus relief as related to those pending motions, but encouraged the district court to act as expeditiously as possible in resolving the motions. *See In re Hill*, No. 24-1182, 2024 WL 1715107, at *1 (4th Cir. Apr. 22, 2024).